UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
                                      Case No. 03-cr-90036
                                      Hon. Matthew F. Leitman

v.

DEMETRIES TERRELL TINDELL,

    Defendant.
_____/

### ORDER (1) MODIFYING TERMS OF DEFENDANT'S SUPERVISED RELEASE AND (2) DIRECTING DEFENDANT'S RELEASE FROM CUSTODY

At a hearing on December 14, 2020, the Court modified the conditions of Defendant Demetries Terrell Tindell's supervised release to add a 90-day period of home confinement with GPS monitoring to begin immediately. During this period of home confinement, Tindell shall not leave his residence other than for employment or to look for employment, religious services or activities, educational programming, medical appointments, substance abuse and/or mental health treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer. In all other respects, Tindell's original sentence remains unchanged.

Tindell is currently in custody. He shall be released from custody immediately so that he can begin his period of home confinement.

**IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated:  December 15, 2020             UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2020, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9761