UNITEDSTATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIES TERRELL TINDELL,

    Defendant.

_____/

Criminal No. 03-cr-90036
Hon. Matthew F. Leitman

## ORDER TO SEAL GOVERNMENT EXHIBITS 1-2

The government having moved to seal the government's exhibits one and two in the United States' Response to Defendant's Motion for Compassionate Release Due to Covid-19 Pandemic, **and the Court being duly advised in the premises;**

**IT IS HEREBY ORDERED** that the government's exhibits one and two in the United States' Response to Defendant's Motion for Compassionate Release Due to Covid-19 Pandemic, be sealed until further Order of this Court.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 10, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764
